| | |
|---|---|
| 1 | MORGAN, LEWIS & BOCKIUS LLP |
| 2 | ELIZABETH A. FROHLICH (SBN 195454)<br>efrohlich@morganlewis.com |
| 3 | LAYA ROSE KAIGH (SBN 278043)<br>lkaigh@morganlewis.com |
| 4 | One Market, Spear Street Tower<br>San Francisco, CA  94105-1126 |
| 5 | Tel:    415.442.1000<br>Fax:   415.442.1001 |
| 6 | Attorneys for Defendant |
| 7 | Deutsche Bank National Trust Company |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| David C. Eblovi and Monica K. Eblovi individually and as private attorneys general on behalf of other unknown members of the general public similarly situated,<br><br>          Plaintiffs,<br><br>vs.<br><br>Deutsche Bank National Trust Company; RBS Acceptance Inc. (F/K/A Greenwich Capital Acceptance Inc.); RBS Financial Products Inc. (F/K/A Greenwich Capital Financial Products Inc.); Nationwide Title Clearing Inc.; Central Mortgage Company D/B/A Central Mortgage Loan Servicing Company; MTC Financial Inc. D/B/A Trustee Corps; and Does 1-100,<br><br>          Defendants. | Case No. 13-CV-2314-CW<br><br>**[PROPOSED]** **ORDER GRANTING AMENDED MOTION TO ENLARGE TIME TO RESPOND TO THE COMPLAINT OF DEFENDANT DEUTSCHE BANK NATIONAL TRUST COMPANY** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 24192079.1

[PROPOSED] ORDER GRANTING
AMENDED MOTION TO ENLARGE TIME
13-CV-2314

Pending before this Court is Defendant Deutsche Bank National Trust Company's ("DBNTC") Amended Motion to Enlarge Time to Respond to the Complaint pursuant to Local Rule 6-3 of the Civil Local Rules for the Northern District of California. Having considered the Motion and finding good cause shown,

**IT IS HEREBY ORDERED AS FOLLOWS:**

The Court GRANTS DBNTC's Amended Motion to Enlarge Time to Respond to the Complaint. DBNTC shall have up to and including **July 26, 2013** to respond to the Complaint in this matter.

**IT IS SO ORDERED.**

Dated: _June 25_, 2013

_____
Hon. Claudia Wilken
U.S. District Judge

Morgan, Lewis & Bockius LLP
Attorneys at Law
San Francisco

DB2/ 24192079.1

1

[[PROPOSED] ORDER GRANTING
AMENDED MOTION TO ENLARGE TIME
13-CV-2314