MORGAN, LEWIS & BOCKIUS LLP
ELIZABETH A. FROHLICH (SBN 195454)
efrohlich@morganlewis.com
LAYA ROSE KAIGH (SBN 278043)
lkaigh@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel:   415.442.1000
Fax:   415.442.1001

Attorneys for Defendant
Deutsche Bank National Trust Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| David C. Eblovi and Monica K. Eblovi individually and as private attorneys general on behalf of other unknown members of the general public similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Deutsche Bank National Trust Company; RBS Acceptance Inc. (F/K/A Greenwich Capital Acceptance Inc.); RBS Financial Products Inc. (F/K/A Greenwich Capital Financial Products Inc.); Nationwide Title Clearing Inc.; Central Mortgage Company D/B/A Central Mortgage Loan Servicing Company; MTC Financial Inc. D/B/A Trustee Corps; and Does 1-100,<br><br>Defendants. | Case No. 13-CV-2314-CW<br><br>**[PROPOSED] ORDER GRANTING AMENDED MOTION TO ENLARGE TIME TO RESPOND TO THE COMPLAINT OF DEFENDANT DEUTSCHE BANK NATIONAL TRUST COMPANY** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 24192079.1

[PROPOSED] ORDER GRANTING
AMENDED MOTION TO ENLARGE TIME
13-CV-2314

1   Pending before this Court is Defendant Deutsche Bank National Trust Company's
2   ("DBNTC") Amended Motion to Enlarge Time to Respond to the Complaint pursuant to Local
3   Rule 6-3 of the Civil Local Rules for the Northern District of California.  Having considered the
4   Motion and finding good cause shown,

5   **IT IS HEREBY ORDERED AS FOLLOWS:**

6   The Court GRANTS DBNTC's Amended Motion to Enlarge Time to Respond to the
7   Complaint.  DBNTC shall have up to and including **July 26, 2013** to respond to the Complaint in
8   this matter.

10  **IT IS SO ORDERED.**

12  Dated:     June 25  , 2013

    Hon. Claudia Wilken
13  U.S. District Judge

Morgan, Lewis &
Bockius LLP
Attorneys at Law
San Francisco

DB2/ 24192079.1

1

[PROPOSED] ORDER GRANTING
AMENDED MOTION TO ENLARGE TIME
13-CV-2314