MORGAN, LEWIS & BOCKIUS LLP
ELIZABETH A. FROHLICH (SBN 195454)
efrohlich@morganlewis.com
LAYA ROSE KAIGH (SBN 278043)
lkaigh@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA  94105-1126
Tel:     415.442.1000
Fax:    415.442.1001

*Attorneys for Defendant
Deutsche Bank National Trust Company*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID C. EBLOVI and MONICA K. EBLOVI individually and as private attorneys general on behalf of other unknown members of the general public similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY; RBS ACCEPTANCE INC. (F/K/A GREENWICH CAPITAL ACCEPTANCE INC.); RBS FINANCIAL PRODUCTS INC. (F/K/A GREENWICH CAPITAL FINANCIAL PRODUCTS INC.); NATIONWIDE TITLE CLEARING INC.; CENTRAL MORTGAGE COMPANY D/B/A CENTRAL MORTGAGE LOAN SERVICING COMPANY; MTC FINANCIAL INC. D/B/A TRUSTEE CORPS; AND DOES 1-100,<br><br>Defendants. | Case No. 3:13-cv-02314-CRB<br><br>**STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Judge:      Charles R. Breyer<br>Dept.:       Courtroom 6, 17th Floor |

Pursuant to this Court's Order Setting Case Management Conference and Civil Local Rule 16-2, Defendants Deutsche Bank National Trust Company and MTC Financial Inc. dba Trustee Corps ("Defendants") and Plaintiffs David C. Eblovi and Monica K. Eblovi ("Plaintiffs")

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 24250034.1

1

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
3:13-CV-02314-CRB

(together, the "Parties"), hereby stipulate as follows:

WHEREAS, on July 3, 2013, the Court set a Case Management Conference for August 23, 2013;

WHEREAS, Plaintiffs filed and served on Defendants a First Amended Complaint on July 15, 2013;

WHEREAS, pursuant to Federal Rule of Civil Procedure 15 Defendants had up to and including July 29, 2013 to respond to the First Amended Complaint;

WHEREAS, the Parties filed stipulations with the Court indicating that the Parties agreed that the time for Defendants to respond to the First Amended Complaint should be extended an additional 14 days up to and including August 12, 2013;

WHEREAS, the Court ordered that the time for Deutsche Bank National Trust Company to respond to the First Amended Complaint is extended an additional 14 days up to and including August 12, 2013;

WHEREAS, Defendants intend to file motions to dismiss the First Amended Complaint on or before August 12, 2013;

WHEREAS, the Case Management Conference set for August 23, 2013 would take place before Defendants' motions to dismiss are fully briefed and decided by the Court;

WHEREAS, the Parties agree that setting the Case Management Conference for a date after Defendants' motions to dismiss are fully briefed and decided would be more productive and efficient for both the Court and the Parties;

WHEREAS, Defendants' motions to dismiss are not likely to be fully briefed until early September, 2013;

WHEREAS, the Parties agree that the Case Management Conference should be continued 90 days or until a date after the pleadings in this case have been resolved.

THEREFORE, IT IS HEREBY STIPULATED that the Case Management Conference set for August 23, 2013 should be continued 90 days or until a date after the pleadings in this case have been resolved.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 24250034.1

2

STIPULATION AND [PROPOSED]
ORDER TO CONTINUE CASE
MANAGEMENT CONFERENCE
3:13-CV-02314-CRB

**IT IS SO STIPULATED.**

Dated: July ___, 2013

By _____
DAVID C. EBLOVI
MONICA K. EBLOVI
Plaintiffs appearing *pro se*

Dated: July ___, 2013          MORGAN, LEWIS & BOCKIUS LLP

By _____
ELIZABETH A. FROHLICH
Attorneys for Defendant
Deutsche Bank National Trust Company

Dated: July ___, 2013          BURKE, WILLIAMS & SORENSEN LLP

By _____
FABIO CABEZAS
Attorneys for Defendant
MTC Financial Inc.

### ORDER

The Case Management Conference set in this case for August 23, 2013 is continued to November 22, 2013 at 8:30 a.m.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: August 8, 2013

_____
Hon. Charles R. Breyer
United States District Judge

*IT IS SO ORDERED — Judge Charles R. Breyer*

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 24250034.1

3

STIPULATION AND [PROPOSED]
ORDER TO CONTINUE CASE
MANAGEMENT CONFERENCE
3:13-CV-02314-CRB