MORGAN, LEWIS & BOCKIUS LLP
ELIZABETH A. FROHLICH (SBN 195454)
efrohlich@morganlewis.com
LAYA ROSE KAIGH (SBN 278043)
lkaigh@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA  94105-1126
Tel:     415.442.1000
Fax:    415.442.1001

*Attorneys for Defendant*
*Deutsche Bank National Trust Company*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID C. EBLOVI and MONICA K. EBLOVI individually and as private attorneys general on behalf of other unknown members of the general public similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY; RBS ACCEPTANCE INC. (F/K/A GREENWICH CAPITAL ACCEPTANCE INC.); RBS FINANCIAL PRODUCTS INC. (F/K/A GREENWICH CAPITAL FINANCIAL PRODUCTS INC.); NATIONWIDE TITLE CLEARING INC.; CENTRAL MORTGAGE COMPANY D/B/A CENTRAL MORTGAGE LOAN SERVICING COMPANY; MTC FINANCIAL INC. D/B/A TRUSTEE CORPS; AND DOES 1-100,<br><br>Defendants. | Case No. 3:13-cv-02314-CRB<br><br>**STIPULATION AND ORDER TO EXTEND TIME WITHIN WHICH TO FILE OPPOSITION TO AND REPLY IN SUPPORT OF DEUTSCHE BANK NATIONAL TRUST COMPANY'S MOTION TO DISMISS**<br><br>Judge:    Charles R. Breyer<br>Dept.:    Courtroom 6, 17th Floor |

Pursuant to Civil Local Rule 6-2 and this Court's Standing Order, Defendant Deutsche Bank National Trust Company ("Defendant") and Plaintiffs David C. Eblovi and Monica K.

STIPULATION AND [PROPOSED] ORDER TO EXTEND BRIEFING SCHEDULE ON MOTION TO DISMISS
3:13-CV-02314-CRB

1

DB2/ 24303455.1

1 Eblovi ("Plaintiffs") (together, the "Parties"), hereby stipulate as follows:

2     WHEREAS, Plaintiffs filed and served on Defendant a First Amended Complaint on July
3 15, 2013;

4     WHEREAS, pursuant to Federal Rule of Civil Procedure 15 Defendants had up to and
5 including July 29, 2013 to respond to the First Amended Complaint;

6     WHEREAS, the Parties filed a stipulation with the Court indicating that the Parties agreed
7 that the time for Defendant to respond to the First Amended Complaint should be extended an
8 additional 14 days up to and including August 12, 2013;

9     WHEREAS, the Court ordered that the time for Defendant to respond to the First
10 Amended Complaint be extended an additional 14 days up to and including August 12, 2013;

11     WHEREAS, Defendant filed a motion to dismiss the First Amended Complaint on August
12 12, 2013 (ECF No. 31) and set the hearing on that motion for October 11, 2013;

13     WHEREAS, pursuant to Civil Local Rule 7-3, Plaintiffs' opposition to the motion to
14 dismiss is due on August 26, 2013;

15     WHEREAS, pursuant to Civil Local Rule 7-3, Defendant's reply in support of its motion
16 to dismiss is due 7 days after Plaintiffs' opposition to the motion to dismiss is due;

17     WHEREAS, Plaintiffs need additional time to prepare their opposition to Defendant's
18 motion to dismiss, and Defendant anticipates needing additional time to prepare its reply in
19 support of its motion to dismiss;

20     WHEREAS, the Parties agree that Plaintiffs should have an additional 14 days up to and
21 including September 9, 2013 to file their opposition to the motion to dismiss, and Defendant
22 should have an additional 7 days to file its reply in support of its motion to dismiss;

23     WHEREAS, this extension of the briefing schedule would result in Defendant's reply in
24 support of its motion to dismiss being due no later than September 23, 2013;

25     WHEREAS, this extension of the briefing schedule on Defendant's motion to dismiss will
26 not affect the October 11, 2013 hearing on Defendant's motion to dismiss.

27     THEREFORE, IT IS HEREBY STIPULATED that Plaintiffs should have an additional

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 24303455.1

2

STIPULATION AND [PROPOSED]
ORDER TO EXTEND BRIEFING
SCHEDULE ON MOTION TO
DISMISS
3:13-CV-02314-CRB

14 days up to and including September 9, 2013 to file their opposition to Defendant's motion to dismiss, and Defendant should have an additional 7 days to file its reply in support of its motion to dismiss.

**IT IS SO STIPULATED.**

Dated: July ___, 2013

By _____
DAVID C. EBLOVI
MONICA K. EBLOVI
Plaintiffs appearing *pro se*

Dated: July ___, 2013          MORGAN, LEWIS & BOCKIUS LLP

By _____
LAYA R. KAIGH
Attorneys for Defendant
Deutsche Bank National Trust Company

**ORDER**

Plaintiffs shall have an additional 14 days up to and including September 9, 2013 to file their opposition to Defendant's motion to dismiss (ECF No. 31), and Defendant shall have an additional 7 days to file its reply in support of its motion to dismiss. No change shall be made to the scheduled hearing date of October 11, 2013.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: August 22, 2013

_____
Hon. Charles R. Breyer
United States District Judge

*IT IS SO ORDERED — Judge Charles R. Breyer* (United States District Court, Northern District of California seal)

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 24303455.1

3

STIPULATION AND [PROPOSED] ORDER TO EXTEND BRIEFING SCHEDULE ON MOTION TO DISMISS
3:13-CV-02314-CRB