IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID C EBLOVI,

    Plaintiff,

v.

DEUTSCHE BANK NATIONAL TRUST COMPANY ET AL.,

    Defendant.

No. C 13-02314 CRB

**JUDGMENT**

The Court, having granted Defendants' Motions to Dismiss, enters judgment in favor of Defendants and against Plaintiffs.

**IT IS SO ORDERED.**

Dated: October 17, 2013

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE